**REDACTED**

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                                    **U.S. District Court**

| **Place of Offense:** | **Under Seal:  Yes ☐   No ☒** | **Judge Assigned:** |
|---|---|---|
| City:    EDVA | Criminal Complaint: yes | **Criminal Number:** |
| County/Parish: | Same Defendant: | **New Defendant:  yes** |
| | Magistrate Judge Case Number: | **Arraignment Date:** |
| | Search Warrant Case Number: | |
| **TRANSFER TO NORFOLK** | R 20/R 40 from District of _____ . | **IA 10 JAN 2025 @ 9:00am** |

**Defendant Information:**

| **Juvenile:  Yes ☐    No ☒** | **FBI#** | |
|---|---|---|
| **Defendant Name:**   William Custis Smith | **Alias Name(s):** | |
| **Address:**   ████████████ Hallwood, VA 23359 | | |
| **Birth Date:** ████ 1951 **SS#:** ████ 5978 **Sex:**  male | **Race:**  white | **Nationality:** | **Place of Birth:** |
| **Height:**  6'0"    **Weight:**  190 lbs.    **Hair:**  Brown | **Eyes:**  Blue | **Scars/Tattoos:**  unknown |
| **Interpreter:  Yes ☐** **No ☒** | **List Language and/or dialect:**    English | |

**Location Status:**

| Arrest Date: | |
|---|---|
| ☐  Already in Federal Custody as of:            in: | |
| ☐  Already in State Custody | ☐  On Pretrial Release | ☐  Not in Custody |
| ☐  Arrest Warrant Requested | ☐  Fugitive | ☒  Summons Requested |
| ☐  Arrest Warrant Pending | ☐  Detention Sought | ☐  Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____    should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA Joseph Kosky | Telephone No.  757-441-6331 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

U.S. Fish and Wildlife Service, SA Dimitri Barnes (571) 319-9411

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 16 U.S.C. §§ 668(a) and 668c | Unlawful Taking of a Bald Eagle | 1 | Misdemeanor |
| Set 2 | 16 U.S.C. §§ 703(a) and 707(a) | Unlawful Taking of a Migratory Bird | 2 | Misdemeanor |
| Set 3 | 7 U.S.C. §§ 136j(2)(F) and 1361(b)(2) | Unlawful Use of a Pesticide | 3 | Misdemeanor |
| Set 4 | 16 U.S.C. §§ 668b(b), 706, 707(d) & 28 U.S.C. § 2461(c) | Criminal Forfeiture | | |