# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Norfolk Division

FILED
MAR 1 4 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ) | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | Case Number: 2:24mj213 |
| WILLIAM CUSTIS SMITH, | ) | USM Number: |
|  | ) | Michael Tagliabue, AFPD |
|  | ) | Defendant's Attorney |

The defendant pleaded guilty to Count One.

The defendant is adjudged guilty of:

| Title and Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| T. 16, USC, Sections 668(a) and 668(c) | UNLAWFUL TAKING OF BALD EAGLE | 2/8/2023 | One |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty of:

Count(s) 2 and 3    ☐ is    ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

3/12/2025
Date of Imposition of Judgment

_/s/ Lawrence R. Leonard_
Signature of Judge

Lawrence R. Leonard, United States Magistrate Judge
Name and Title of Judge

3/13/25
Date

Case Number:      2:24mj213
Defendant's Name: Smith, William Custis

# PROBATION

You are hereby sentenced to probation for a term of 24 MONTHS.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you beside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions listed in this judgment as well as with any other special conditions listed in this judgment.

Case Number:       2:24mj213
Defendant's Name:  Smith, William Custis

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must answer truthfully the questions asked by your probation officer.
4. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
5. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
6. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
8. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
9. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
10. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
11. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov

Defendant's Signature _____    Date

Case Number: 2:24mj213
Defendant's Name: Smith, William Custis

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant is directed to serve 1 day in jail and be released at 5:00 p.m. on 3/12/2025.
2. Defendant is directed to complete 50 hours of community service.
3. Pay restitution in the amount of $9,800. Defendant may make monthly payments of $200. (See Order).

Case 2:24-mj-00213-LRL   Document 23   Filed 03/14/25   Page 4 of 5 PageID# 70

AO 245B (Rev. 09/19) (VAE 2/25) Judgment in a Criminal Case
Sheet 3A — Probation

Case Number: 2:24mj213
Defendant's Name: Smith, William Custis

Case Number: 2:24mj213
Defendant's Name: Smith, William Custis

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties 25.00.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 25.00 | $ 9800.00 | $ | $ | $ |

**Payments of Restitution are to made payable to the Clerk, United States District Court, Eastern District of Virginia.**